UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL MORAN DE LA TORRE,<br><br>Petitioner,<br><br>v.<br><br>MINGA WOFFORD, et al.,<br><br>Respondents. | No. 1:26-cv-02006-DAD-SCR<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DENYING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER AS HAVING BEEN RENDERED MOOT<br><br>(Doc. Nos. 1, 7) |

On March 12, 2026, petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by United States Immigration and Customs Enforcement ("ICE"). (Doc. No. 1.) Petitioner alleges that he entered the United States just over thirty years ago, he was previously detained by immigration authorities twice, on January 14, 2019 and again on May 16, 2023, and both times he was released after an immigration judge found that he was not a flight risk or a danger to the community, and that on September 5, 2025, he was detained by immigration authorities again. (*Id.* at 2–4.) Petitioner requests immediate release, certain procedures prior to any re-detention, and attorneys' fees. (*Id.* at 25–26.) On March 26, 2026, petitioner filed a motion for temporary restraining order. (Doc. No. 7.)

/////

1

On March 31, 2026, respondents filed an opposition to petitioner motion for temporary restraining order.  (Doc. No. 13.)  Therein, respondents argue that petitioner was detained for ISAP violations.  (*Id.* at 3–4.)  Respondents also state that they are amenable to the court deciding the petition without any further briefing.  (*Id.* at 4.)

Pursuant to the court's reasoning as stated in *Singh v. Warden, Facility Administrator of California City Corrections Center, et al.*, No. 1:26-cv-02331-DAD-CKD, 2026 WL 905286 (E.D. Cal. Apr. 2, 2026), the court will grant in part the petition for writ of habeas corpus.

For the reasons explained above,

1.    Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED in part as follows:

a.  Respondents are ORDERED to immediately release petitioner, Miguel Moran De La Torre, A#204864532, from respondent's custody on the same conditions he was subject to immediately prior to his September 5, 2025 re-detention;

b.  Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge where respondents will have the burden of demonstrating by clear and convincing evidence that petitioner is a danger to the community or a flight risk;

c.  Petitioner's request for attorney's fees is DENIED without prejudice to bringing a properly noticed and supported motion;

2.    Petitioner's motion for a temporary restraining order (Doc. No. 7) is hereby DENIED as having been rendered moot in light of this order granting his petition for habeas relief; and

/////

/////

/////

/////

2

3.     The Clerk of the Court is directed to serve this order on the Golden State Annex Detention Center; and

4.     The Clerk of the Court is also directed ENTER judgment in favor of petitioner and to CLOSE this case.

IT IS SO ORDERED.

Dated:   **April 3, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE